IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUSNWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-42 |
| v. ) | |
| ) | |
| WALTER THOMPSON, III ) | |

## ORDER

Defendant has filed a Motion for Funds to Hire Fingerprint Expert or in the Alternative Motion for Government to Perform Fingerprint Analysis of Gun. The Government has filed a response. Said motion is **GRANTED** in part. Counsel for Defendant is hereby authorized to retain a fingerprint expert if necessary to prepare for the trial of this case. However, the compensation to be paid to said expert for services shall not exceed $1,600.00.

Defendant's Alternative Motion for Government to Perform Fingerprint Analysis of Gun is **dismissed**.

**SO ORDERED**, this 1st day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)